IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AVIATION FINANCE GROUP, LLC, as Administration Agent for AVIATION SECURITIZATION, LLC and WELLS FARGO BANK, NATIONAL ASSOCIATION (formerly known as Wells Fargo Bank Minnesota, N.A. and Northwest Bank Minnesota, N.A.) as Indenture Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>DUC HOUSING PARTNERS, INC., a California corporation; and DANIEL A. DUC,<br><br>    Defendants. | **District of Nevada Case No. 3:10-MS-00008**<br><br>Case No. CV 08-535-LMB<br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order entered on April 20, 2010 (Docket No. 52), Memorandum Decision and Order entered on June 9, 2010 (Docket No. 60) and Memorandum Decision and Amended Corrected Order entered concurrently on this date,

IT IS ORDERED that judgment is entered in favor of Plaintiff Aviation Finance Group, LLC and against Defendants Duc Housing Partners, Inc. and Daniel A. Duc, jointly and severally, in the amount of $829,040.72 (plus interest in the amount of $165.70 for each day, if any, after June 8, 2010, through the date of this Judgment).



DATED: **June 9, 2010.**

/s/ Larry M. Boyle

Honorable Larry M. Boyle
United States Magistrate Judge

JUDGMENT  1